UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| HARMAN BECKER AUTOMOTIVE SYSTEMS MANUFACTURING KFT and HARMAN BECKER AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> TASUS TEXAS CORP. <br><br> Defendant. | 24-mc-374 <br><br> ORDER |
|---|---|

JED S. RAKOFF, U.S.D.J.:

On August 12, 2024, while the Court was sitting in its Part I capacity, plaintiffs Harman Becker Automotive Systems KFT and Harman Becker Automotive Systems, Inc. moved for leave to file a complaint under seal. See ECF Doc. 1. On August 28, 2024, plaintiffs filed a letter notice informing the Court that they publicly filed their complaint. See ECF Doc. 3. Accordingly, plaintiffs' motion to seal is hereby denied as moot.

SO ORDERED.

New York, NY
8/29, 2024

_____
JED S. RAKOFF, U.S.D.J.

1